CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7177
   Facsimile: (415) 436-6748
   Molly.Friend@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SRINATH TUPIL MURALIDHARAN,

                Plaintiff,

         v.

JOSEPH B. EDLOW, Director, United States
Citizenship and Immigration Services,

                Defendant.

Case No. 5:26-cv-01688 SVK

**STIPULATION TO EXTEND TIME FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER**

        The parties in this action hereby stipulate to an extension of time for Defendant's response to Plaintiff's complaint.  Defendant will file their response on or before May 27, 2026.  The parties make this request because the agency is in the process of reviewing this case and needs a brief period of additional time to prepare their response.

        The parties further request a corresponding extension to the deadline for filing a motion for summary judgment under the Court's Immigration Mandamus Procedural Order.  Dkt. No. 4.  Currently, Defendant must file a motion for summary judgment by 120 days after the complaint was served, or June 29, 2026.  In view of the agreed-upon extension for Defendant's response to the complaint, the parties request that Defendant file their motion for summary judgment with 30 days of filing an Answer to the Complaint**.**

Stipulation to Extend
C 5:26-cv-01688 SVK                         1

Dated: April 28, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendant

Dated: April 28, 2026

*/s/ Srinath Tupil Muralidharan*
SRINATH TUPIL MURALIDHARAN
*Pro Se*

## ~~[PROPOSED]~~ ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:    April 29, 2026

SUSAN VAN KEULEN
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Extend
C 5:26-cv-01688 SVK                      2

**DECLARATION OF MOLLY A. FRIEND**

I, Molly A. Friend, declare and state as follows:

1.    I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California and counsel of record for the federal Defendant in the above-captioned action.

2.    On February 26, 2026, Plaintiff filed a complaint in which he seeks adjudication of his Form I-526E, Immigrant Petition by Regional Center Investor, and Form I-485, Application to Register Permanent Residence or Adjust Status.  *See* Dkt. No. 1.  Our office was served with the complaint on February 27, 2026.

3.    My office has been conferring with the agency regarding this case, and we determine that Defendant needs a brief period of additional time to review Plaintiff's applications and to prepare their response. Accordingly, my office contacted Plaintiff regarding Defendant's request for an extension of time and Plaintiff consented to the request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: April 28, 2026

/s/ Molly A. Friend
MOLLY A. FRIEND
Assistant United States Attorney

Stipulation to Extend
C 5:26-cv-01688 SVK                3