Your Name: Srinath Tupil Muralidharan

Address: 915 Cotati Terrace Unit 7

Sunnyvale, CA 94085

Phone Number: 404-820-7328

Email Address: srinathtm91@gmail.com

Pro Se

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| Srinath Tupil Muralidharan,<br><br>    Plaintiff,<br><br>v.<br><br>Joseph B. Edlow, Director, United States Citizenship and Immigration Services, in his official capacity,<br><br>    Defendant. | Case No. 5:26-cv-01688 SVK<br><br>STIPULATION TO EXTEND TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS; AND [PROPOSED] ORDER |

The parties in this action hereby stipulate to an extension of time for Plaintiff's response to Defendant's Motion to Dismiss. Plaintiff's response shall be due on or before July 8, 2026. The parties make this request because Plaintiff, who is proceeding pro se, has requested a brief period of additional time to review Defendant's Motion to Dismiss.

1

Dated: June 9, 2026

Respectfully submitted, [1]

CRAIG H. MISSAKIAN

United States Attorney

/s/ Molly A. Friend

MOLLY A. FRIEND

Assistant United States Attorney

Attorneys for Defendants

Dated: June 9, 2026

/s/ Srinath Tupil Muralidharan

SRINATH TUPIL MURALIDHARAN

Pro Se

### [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.  Plaintiffs' response to the motion to dismiss is due by July 8, 2026.  Defendants' reply in support of the motion to dismiss is due by July 15, 2026. The July 7, 2026 hearing on the motion to dismiss is VACATED and will be reset by the Court if necessary.

Date:  June 11, 2026

SUSAN VAN KEULEN

United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.