CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-6748
Molly.Friend@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SRINATH TUPIL MURALIDHARAN,

Plaintiff,

v.

JOSEPH B. EDLOW, Director, United States Citizenship and Immigration Services,

Defendant.

Case No. 5:26-cv-01688 SVK

**PARTIES' STIPULATION TO A BRIEFING SCHEDULE; ~~[PROPOSED]~~ ORDER**

Plaintiff filed a complaint seeking adjudication of his Form I-485, Application to Register Permanent Residence or Adjust Status. On July 29, 2026, Defendant filed their answer to Plaintiff's complaint. Dkt. No. 17. The parties conferred and proposed the following briefing schedule:

1. Plaintiff will file an amended complaint by August 18, 2026.
2. Defendant will file a response to Plaintiff's amended complaint by August 28, 2026.
3. Defendant will file his motion for summary judgment by September 8, 2026.
4. Plaintiff will file his cross-motion for summary judgment and opposition to Defendant's motion by October 1, 2026.
5. Defendant will file his reply and opposition to Plaintiff's motion by October 15, 2026.
6. Plaintiff will file his reply by October 29, 2026.

7. The parties will notice their cross motions for summary judgment for a hearing on November 17, 2026, at 10:00 a.m.

Dated: August 14, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendant

Dated: August 14, 2026

*/s/ Jessica T. Arena*
JESSICA T. ARENA
Attorney for Plaintiff

**~~[PROPOSED]~~ ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: August 17, 2026

SUSAN VAN KEULEN
United States Magistrate Judge

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.