CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH BRAKEBILL (CABN 196696)
Chief, Civil Division
KELSEY HELLAND (CABN 298888)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6488
Facsimile: (415) 436-6748
Kelsey.Helland@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SRINATH TUPIL MURALIDHARAN,

Plaintiff,

v.

JOSEPH B. EDLOW, Director, United States Citizenship and Immigration Services,

Defendant.

Case No. 5:26-cv-01688 SVK

**STIPULATION TO EXTEND TIME FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S COUNTER-MOTION; AND [PROPOSED] ORDER**

On September 8, 2026, Defendant filed a Motion for Summary Judgment. Dkt. No. 24. On September 14, 2026, Plaintiff filed a Counter-Motion for Limited Discovery under F.R.C.P. 56(d), setting Defendant's response deadline as October 15, 2026. Dkt. No. 25. The parties conferred and respectfully request the Court to grant an extension for Defendant's response to Plaintiff's Counter-Motion for Limited Discovery, and set Defendant's response due by October 22, 2026, and Plaintiff's reply due by November 5, 2026. The parties make this request because the Assistant United States Attorney ("AUSA") handling this matter for Defendant has departed the United States Attorney's Office, and the case is being transferred to a new AUSA. The new AUSA needs additional time to review the matter and prepare a response. The hearing currently scheduled for November 10, 2026, at 11:00 a.m. remains unchanged.

Dated: October 13, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Kelsey Helland*
KELSEY HELLAND
Assistant United States Attorney
Attorneys for Defendant

Dated: October 13, 2026

*/s/ Jessica T. Arena*
JESSCIA T. ARENA
Attorney for Plaintiff

**~~[PROPOSED]~~ ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: October 14, 2026

SUSAN VAN KEULEN
United States Magistrate Judge

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

**DECLARATION OF KELSEY HELLAND**

I, Kelsey Helland, declare and state as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California and counsel of record for the federal Defendants in the above-captioned action.

2. On September 8, 2026, Defendant filed a Motion for Summary Judgment. Dkt. No. 24. On September 14, 2026, Plaintiff filed a Counter-Motion for Limited Discovery under F.R.C.P. 56(d), setting Defendant's response deadline as October 15, 2026. Dkt. No. 25.

3. The Assistant United States Attorney ("AUSA") handling this matter for Defendant has departed the United States Attorney's Office, and the case is being transferred to a new AUSA. The new AUSA will need additional time to review the case and prepare a response.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: October 13, 2026

*/s/ Kelsey Helland*
KELSEY HELLAND
Assistant United States Attorney